IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GONZALES,

      Petitioner,                    No. CIV S-06-2186 GEB DAD P

   vs.

D.K. SISTO, Warden, et al.,

      Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Petitioner will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner is granted thirty days from the date of this order to pay the $5.00 filing fee or file a properly completed application to proceed in forma pauperis; petitioner's failure to comply with this order or request an extension of time to do so will result in a recommendation that this action be dismissed; and

/////

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form to be used in a habeas proceeding in this district.
3 DATED: October 12, 2006.
4
5    _____
     DALE A. DROZD
6    UNITED STATES MAGISTRATE JUDGE
7 DAD:13:bb
  gonz2186.101a
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26