IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GONZALES,

    Petitioner,                        No. CIV S-06-2186 GEB DAD P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the required filing fee. Pursuant to the court's order filed December 6, 2006, petitioner has filed an amended petition.

        In 1988, petitioner was convicted of second degree murder in Orange County Superior Court. In this action, petitioner is challenging the parole board's decision finding him unsuitable for parole after a hearing conducted on January 24, 2006. Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

        IT IS HEREBY ORDERED that:

        1. Respondents are directed to file and serve a response to petitioner's amended petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254

1

1  Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the
2  claims presented in the amended petition.  See Rule 5, Fed. R. Governing § 2254 Cases;
3       2. If the response to petitioner's amended petition is an answer, petitioner's reply,
4  if any, shall be filed and served within thirty days after the answer is served;
5       3. If the response to petitioner's amended petition is a motion, petitioner's
6  opposition or a statement of non-opposition to the motion shall be filed and served within thirty
7  days after the motion is served, and respondents' reply shall be filed and served within fifteen
8  days thereafter; and
9       4. The Clerk of the Court shall serve a copy of this order together with a copy of
10 the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner
11 on December 19, 2006, upon Jennifer A. Neill, Lead Supervising Deputy Attorney General.
12 DATED: December 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gonz2186.100f

2