IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD GONZALES,** | 2:06-cv-02186-GEB-DAD (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **D. K. SISTO, Warden, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time, up to and including February 26, 2007, in which to file a response to the Petition for Writ of Habeas Corpus.

DATED: January 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gonz2186.eotresp