IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GONZALES,

    Petitioner,                    No. CIV S-06-2186 GEB DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the Board of Parole Hearings' January 24, 2006 decision to deny him parole. On March 28, 2007, respondent filed an answer to the petition. On April 10, 2007, petitioner filed a traverse.

        On May 13, 2008, petitioner filed a motion for summary judgment, arguing that there is no evidence that he poses an unreasonable danger to society. Good cause appearing, respondent will be directed to file an opposition or a statement of non-opposition to petitioner's motion for summary judgment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within thirty days of the date of this order, respondent shall file an opposition or a statement of non-opposition to petitioner's motion for summary judgment; and

1  	2. Petitioner shall file a reply, if any, within fifteen days after service of the
2  opposition.
3  DATED: August 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   gonz2186.osc