IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD GONZALES,** | 2:06-cv-02186-GEB-DAD (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **D. K. SISTO, Warden, et al.,** | |
| Respondents. | |

Respondent has requested an extension of time to file and serve a Response to Petitioner's Motion for Summary Judgment.  GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a 30-day extension of time, to and including October 2, 2008, to file and serve a Response to Petitioner's Motion for Summary Judgment.

DATED: September 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gonz2186.111